**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **JAMES KEANE,** )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>**MEDICREDIT, INC.** )<br>    Defendant. ) | **Case No. 9:24-cv-81105-DMM** |

**MEDICREDIT, INC.'S,**
**NOTICE OF WITHDRAWAL OF AFFIRMATIVE DEFENSES**

Defendant, Medicredit, Inc., ("Medicredit"), by counsel, hereby provides the Court, and Plaintiff, files this Notice of Withdrawal of its bona fide error defense contained in its Affirmative Defense "F" filed on October 22, 2024.

Respectfully submitted,

/s/  *Drew P. O'Malley*
Drew P. O'Malley
Florida Bar No. 106551
Spencer Fane LLP
201 North Franklin Street, Suite 2150
Tampa, Florida 33602
Phone:  813-424-3500
Facsimile:  813-405-8904
domalley@spencerfane.com
jryan@spencerfane.com
ecoutu@spencerfane.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 12th day of March, 2025, a true copy of the foregoing has been electronically filed with the Clerk of Court through the Court's CM/ECF E-Filing Portal and served on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF E-Filing Portal, to the following:

    Thomas Patti, Esq.
    Victor Zabaleta, Esq.
    PATTI ZABALETA LAW GROUP
    110 SE 6TH Street, Suite 1732
    Fort Lauderdale, FL 33309
    tom@pzlg.legal
    victor@pzlg.legal
    *Counsel for Plaintiff*

    /s/ *Drew P. O'Malley*
    Attorney